ANDREW J. GRAMAJO, ESQ.
SBN: 338144
andrew@ajglawgroup.us
1547 Palos Verdes Mall, #205
Walnut Creek, CA 94597
Tel.: (415) 638-9140

Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| WILLIAM MCDERMOTT,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CHECKR INC.,<br><br>　　　　Defendant, | Case No.: 3:24-cv-01901-VC<br><br>**STATUS REPORT** |

1

*William McDermott v. Checkr, Inc.*

**TO THE HONORABLE UNITED STATES DISTRICT JUDGE, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Plaintiff William McDermott ("Plaintiff"), by and through his undersigned counsel, hereby submits the following Status Report in response to the Court's directive in its Order re: Dkt. No. 26:

The Plaintiff has filed his Arbitration Complaint. The case has been stayed as the parties are engaging in settlement negotiations. The Plaintiff will file another status report in 90 days, insomuch that this case is still stayed at that time.

**Dated:** January 6, 2025                                By:     */s/Andrew J. Gramajo*
                                                                    Andrew J. Gramajo, Esq.
                                                                    Local Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on January 6, 2025, a true and correct copy of the foregoing document has been filed on CM/ECF and which will automatically be served upon all parties of record.

By: /s/ *Andrew Gramajo*

# CERTIFICATE OF CONFERENCE

I hereby certify that on January 6, 2025, Counsel for Plaintiff and Defendant conferred to create this Status Report.

By: /s/ *Andrew Gramajo*